IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| MIRIELLE PAUL,<br><br>Plaintiff,<br><br>v.<br><br>SUNNOVA ENERGY CORPORATION, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:25-cv-02245-KMW-AMD<br><br>**ORDER** |

In light of the Stipulation of Dismissal filed by Plaintiff Mirielle Paul and Defendant SunnyMac LLC ("SunnyMac"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 22); and the Court observing that the only remaining defendant in this action, Sunnova Energy Corporation ("Sunnova"), has previously been administratively terminated due to its declaration of Chapter 11 bankruptcy before the U.S. Bankruptcy Court for the Southern District of Texas (ECF No. 20);

**IT IS** this **24ᵗʰ** day of **October 2025** hereby

**ORDERED** that Sunnova's pending Motion to Stay and Compel Arbitration (ECF No. 8) is **DENIED WITHOUT PREJUDICE** to its right to renew the same following the conclusion of the bankruptcy proceedings; and it is further

**ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** in its entirety pending the outcome of the bankruptcy proceedings.

KAREN M. WILLIAMS, U.S.D.J.